**IN THE U.S. BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

IN RE: DAVID M. LAZ, DEBTOR

Adv. Proc No. 18-00277

APPEARANCE(S) ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**Deutsche Bank National Trust Co. For Morgan Stanley IXIS Real Estate Capital Trustee 2006-2**

| |
|---|
| NAME: Daniel L. (D.L.) Morriss |
| SIGNATURE: s/ *Daniel L. (D.L.) Morriss* |
| FIRM: HINSHAW & CULBERTSON LLP |
| STREET ADDRESS 151 North Franklin Street, Suite 2500 |
| CITY/STATE/ZIP Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6297242 | 312-704-3000 |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☒ NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☒   APPOINTED COUNSEL ☐

## **CERTIFICATE OF SERVICE**

      I hereby certify that on **August 15, 2018,** I electronically filed the forgoing **APPEARANCE** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

      s/ *Daniel L. (D.L.) Morriss*
      Daniel L. (D.L.) Morriss

302358250v1 B3976