UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | JANET S. BAER | Hearing Date | September 7, 2018 |
| Bankruptcy Case No. | 18-16460 | Adversary No. | 18-00277 |

Title of Case In re: Laz v. Deutsche Bank National Trust Co.

Brief Statement of Motion: Defendant's Motion to Dismiss Adversary Proceeding (Dkt #6)

Names and Addresses of moving counsel: See Attached Service List

Representing:

# ORDER

**IT IS HEREBY ORDERED that:**

Plaintiff's response is due to be filed on or before September 28, 2018.

Defendant's reply is due to be filed on or before October 19, 2018.

Set for status on November 9, 2018 at 11:00 A.M. in Room 240, 100 S. Third St., Geneva, IL 60134.

By: /s/ Janet S. Baer

Janet S. Baer