IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| In Re: David M. Laz, Debtor, | |
| Plaintiff, | |
| v. | Case No.: 1:18-BK-16460 |
| | Adversary No.: 18-ap-00277 |
| Deutsche Bank National Trust Co. for Morgan Stanley IXIS Real Estate Capital Trust 2006-2 Mortgage pass Through Certificates, Series 2006-2, | Chapter 7 |
| | Hon. Janet S. Baer |
| Defendants. | |

## ORDER ON DEUTSCHE BANK NATIONAL TRUST CO. FOR MORGAN STANLEY IXIS REAL ESTATE CAPITAL TRUST 2006-2 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-2'S MOTION TO DISMISS ADVERSARY COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION

This Matter Coming to Be Heard on Defendant's Motion to Dismiss Adversary Complaint for Lack of Subject Matter Jurisdiction, due notice given and the Court fully advised herein; IT IS HEREBY ORDERED that Defendant's Motion is Granted and Plaintiff's Adversary Complaint is hereby dismissed with prejudice.

NOV - 9 2018

ENTERED:

By: _____
Hon. Janet S. Baer

302464749v1 1012445

**Order Prepared By:**
Adam L. Saper (#6256627)
D.L. Morriss (#6297242)
HINSHAW & CULBERTSON LLP
151 N. Franklin, Fl. 25
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
asaper@hinshawlaw.com
dmorriss@hinshawlaw.com

302464749v1 1012445